VWP of AMERICA, INC., Plaintiff, v. THE UNITED STATES, Defendant.

Court No. 96–05–01309

## JUDGMENT ORDER

MUSGRAVE, Senior Judge: In accordance with the Settlement Agreement between the parties in this action,

IT IS HEREBY ORDERED that U.S. Customs and Border Protection shall reliquidate the entries identified in Schedule A attached hereto on the basis of the appraised values less 17%, and shall promptly refund to Plaintiff the excess duties with interest as provided by law; and it is further

ORDERED that each party shall bear its own costs and expenses; and it is further

ORDERED that this action is dismissed as settled.

### Schedule A

Port: Jackman, Maine

| Court Number | Protest Number | Entry Number | Entry Date |
|---|---|---|---|
| 96–05–01309 | 0101–95–100117 | 551–3518769–2 | 03/06/95 |
| | | 551–3518988–8 | 03/31/95 |
| (05/02/96) | | 551–3519001–9 | 03/23/95 |
| | | 551–3518451–7 | 03/21/95 |
| | | 551–3518895–5 | 03/17/95 |
| | | 551–3533062–3 | 04/07/95 |
| | | 551–3517726–3 | 04/11/95 |
| | | 551–3533115–9 | 04/14/95 |
| | | 551–3533129–0 | 04/09/95 |
| | | 551–3533049–0 | 04/06/95 |
| | | 551–3533100–1 | 04/02/95 |
| | | 551–3533125–8 | 04/17/95 |
| | | 551–3533074–8 | 04/01/95 |
| | | 551–3533196–9 | 04/28/95 |

| Court Number | Protest Number | Entry Number | Entry Date |
|---|---|---|---|
| | | 551–3533036–7 | 04/06/95 |
| | | 551–3533175–3 | 04/28/95 |
| | | 551–3517864–2 | 05/03/95 |
| | | 551–3533204–1 | 05/04/95 |
| | | 551–3533187–8 | 05/01/95 |
| | 0101–95–100128 | 551–3533169–6 | 04/26/95 |
| | | 551–3533227–2 | 05/17/95 |
| | | 551–3534516–7 | 05/26/95 |
| | | 551–3517957–4 | 05/15/95 |
| | | 551–3533212–4 | 05/15/95 |
| | | 551–3533254–6 | 05/19/95 |
| | | 551–3517993–9 | 05/23/95 |
| | | 551–3534502–7 | 05/25/95 |
| | | 551–3533267–8 | 05/22/95 |
| | | 551–3532027–7 | 05/31/95 |
| | | 551–3534787–4 | 06/23/95 |
| | | 551–3532110–1 | 06/09/95 |
| | | 551–3534649–6 | 06/07/95 |
| | | 551–3534570–4 | 06/05/95 |
| | | 551–3532639–9 | 06/27/95 |
| | | 551–3534825–2 | 06/27/95 |
| | | 551–3534839–3 | 06/27/95 |
| | | 551–3534865–8 | 06/29/95 |